Bradley Strassberg (7994)
Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Kenneth Rushton, Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>THRIVE NATIONAL CORP, and THRIVE SYSTEMS, INC.,<br><br>Debtors. | Bankruptcy No. 16-26526 (KRA)<br><br>Chapter 7<br><br>(Substantively Consolidated) |
| KENNETH RUSHTON, in his capacity as Chapter 7 Trustee of the Consolidated Estates of Thrive National Corp. and Thrive Systems, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SHIRLEY, BROOKE SHIRLEY, AMY HALL and MAITON, LLC,<br><br>Defendants. | Adv. Pro. No. 18-2098 |

### JOINT MOTION TO DISMISS ADVERSARY PROCEEDING

{00542254.DOC /}

Plaintiff Kenneth Rushton (the "Trustee"), the duly appointed chapter 7 trustee of the bankruptcy estates of Thrive National Corp. ("TNC") and Thrive Systems, Inc. ("TSI," and together with TNC, the "Debtors"), through his undersigned counsel, and Defendants Paul Shirley, Brooke Shirley, Amy Hall, and Maiton, LLC ("Defendants"), jointly move the Court for entry of an Order dismissing the above-captioned adversary proceeding against Defendants with prejudice.

After filing his Complaint against Defendants, the Trustee and Defendants reached a settlement agreement. Defendants have paid in full their obligations under the settlement agreement. Accordingly, the Trustee and Defendants request that the above-captioned adversary proceeding be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 24, 2021

**COHNE KINGHORN, P.C.**

/s/ Jeffrey Trousdale
BRADLEY STRASSBERG
JEFFREY TROUSDALE
Attorneys for Chapter 7 Trustee


**RICHARDS, BRINLEY & RICHARDS LAW GROUP**

/s/ Jaime Richards
Jaime G. Richards
Attorneys for Defendants
(*Signed with Permission*)