**This order is SIGNED.**

**Dated: March 24, 2021**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*slo*

Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Kenneth Rushton, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re<br><br>THRIVE NATIONAL CORP, and THRIVE SYSTEMS, INC.,<br><br>Debtors. | Bankruptcy No. 16-26526 (KRA)<br><br>Chapter 7<br><br>(Substantively Consolidated) |
| KENNETH RUSHTON, in his capacity as Chapter 7 Trustee of the Consolidated Estates of Thrive National Corp. and Thrive Systems, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SHIRLEY, BROOKE SHIRLEY, AMY HALL and MAITON, LLC,<br><br>Defendants. | Adv. Pro. No. 18-2098<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ADVERSARY PROCEEDING** |

Upon the Plaintiff's and Defendants' Joint Motion to Dismiss the Adversary Proceeding, and with good cause appearing therefore, it is hereby:

ORDERED that the above-captioned adversary proceeding is DISMISSED with prejudice, with each party to bear its own costs and fees.

**---END OF ORDER---**

*Approved as to Form:*

**FROERER & MILES, P.C.**

/s/ Zane Froerer
Zane Froerer
Attorneys for Amy Hall and Maiton, LLC
(*Signed with Permission*)

## **DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Zane S. Froerer    zane.froerer@froererlaw.com
- Jaime G. Richards    jaime@utahlegalcounsel.com, melissa@utahlegalcounsel.com;solange@utahlegalcounsel.com;maria@utahlegalcounsel.com
- Bradley M. Strassberg    bstrassberg@cohnekinghorn.com
- Jeffrey L. Trousdale    jtrousdale@cohnekinghorn.com, mparks@cohnekinghorn.com

        /s/ Jeffrey Trousdale